K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, <br><br> Plaintiff, <br><br> vs. <br><br> MOTHER LODE INVESTORS, A GENERAL PARTNERSHIP, STAN LUKOWICZ, BARBARA WIERSCHEN dba WIERSCHEN'S TRAIN TOWN, <br><br> Defendants. | No. 2:12-CV-00304-GGH <br><br> **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Robert Kalani ("Plaintiff") seeks to amend his complaint to allege additional access barriers which relate to his disability which were identified at a site inspection of the subject property by Plaintiff which took place on October 9, 2012;

**WHEREAS**, Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice defendants Mother Lode Investors, Stan Lukowicz or Barbara Wierschen, nor does the amendment in any way change the nature of the action;

**WHEREAS,** the Court set the last date for Plaintiff to amend his complaint as sixty

(60) days from the Court's September 24, 2012 Scheduling Order, or November 23, 2012, and this Stipulation is filed prior to said deadline;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants Mother Lode Investors and Stan Lukowicz ("Defendants"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  November 19, 2012           MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff,
Robert Kalani

/s/ Robert C. Lorbeer
Robert C. Lorbeer, Attorney for
Defendants Mother Lode Investors,
a General Partnership, and Stan
Lukowicz

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

1 **IT IS SO ORDERED**.

4  Dated: November 27, 2012              /s/ Gregory G. Hollows

5                                                        United States Magistrate Judge