K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

Robert C. Lorbeer, State Bar #172072

372 Florin Road, #320

Sacramento, CA 95831

Telephone: (916) 971-9166

Facsimile:  (916) 283-4412

Email: Lorbeer-R@Prodigy.net

Attorney for Defendants, Mother Lode Real Investors,

A General Partnership, and Stan Lukowicz,

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>vs.<br><br>MOTHER LODE INVESTORS, A GENERAL PARTNERSHIP, et al.,<br><br>    Defendants. | Case No.:  2:12-cv-00304-GGH<br><br>**STIPULATION TO CONTINUE DATES IN COURT'S SCHEDULING ORDER; ORDER**<br><br>Assigned to Magistrate Judge Gregory G. Hollows |

1

STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER; [PROPOSED] ORDER

1  **WHEREAS,** on September 24, 2012, the Court issued a Scheduling Order in this matter (Doc. 25) setting the last date for the completion of non-expert discovery as January 24, 2013;

**WHEREAS,** depositions were set for January 24, 2013, however counsel for Plaintiff, Robert Kalani ("Plaintiff"), has just today come down with the flu and is unable to attend the depositions set for tomorrow and the depositions must be rescheduled, which rescheduling will exceed the discovery cut-off date set by the Court;

**WHEREAS,** Plaintiff and Defendants Mother Lode Investors, a General Partnership and Stan Lukowicz ("Defendants," and together with Plaintiff, the "Parties"), are engaged in settlement negotiations which the parties are cautiously optimistic will result in settlement, and are further agreeable to extending the last date for completion of non-expert discovery to afford the parties additional time to reach a settlement prior to the fees and costs which will be incurred for depositions;

**NOW, THEREFORE,** the Parties hereby stipulate, by and through their respective counsel, that the non-expert discovery cut-off date be continued to March 15, 2013, and that the last date to file a discovery motion be March 1, 2013, to be properly noticed and heard on the first available Court date after the filing of the motion. No other dates set by the Court's Scheduling Order shall be affected by this Stipulation.

**IT IS SO STIPULATED**.
Dated: January 28, 2013        MOORE LAW FIRM, P.C.


                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff Robert Kalani


                               */s/ Robert C. Lorbeer*
                               Robert C. Lorbeer, Attorney for
                               Defendants Mother Lode Real Investors,
                               A General Partnership and Stan Lukowicz

\\\\\

\\\\\

\\\\\

\\\\\

STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER; [PROPOSED] ORDER

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date to complete all discovery is hereby continued from January 24, 2013 to March 15, 2013.

**IT IS FURTHER ORDERED** that the last date to file a discovery motion is continued to March 1, 2013, to be properly noticed and heard on the Court's first available date after the filing of the motion.

**IT IS SO ORDERED**.

Dated: January 28, 2013

/s/ Gregory G. Hollows
United States Magistrate Judge

STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER; [PROPOSED] ORDER