UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOTHER LODE INVESTORS, A GENERAL PARTNERSHIP, STAN LUKOWICZ, BARBARA WIERSCHEN dba WIERSCHEN'S TRAIN TOWN,<br><br>          Defendants. | No. 2:12-CV-00304-DAD<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM SCHEDULING ORDER** |

The *ex parte* application of Plaintiff, Robert Kalani ("Plaintiff"), for relief from the scheduling order has been carefully considered by the Court. The motion has been filed by plaintiff's counsel over two months after the close of discovery under the court's scheduling order. While counsel can certainly agree to conduct discovery outside the time provided by the court's scheduling order, they cannot seek court intervention to enforce their agreements to do

/////

/////

/////

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM SCHEDULING ORDER

Page 1

so. That is essentially what plaintiff's counsel seeks to do by way of this ex parte motion. Because good cause is lacking,

**IT IS HEREBY ORDERED** that plaintiff's request is DENIED.

**Dated: May 17, 2013**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE