Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>        Plaintiff,<br><br>    vs.<br><br>MOTHER LODE INVESTORS, A GENERAL PARTNERSHIP, STAN LUKOWICZ, BARBARA WIERSCHEN dba WIERSCHEN'S TRAIN TOWN,<br><br>        Defendants. | No.  2:12-cv-00304-DAD<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and
2 Defendants Mother Lode Investors, a General Partnership; and Stan Lukowicz, the parties who
3 have appeared in this action, by and through their respective counsel, that pursuant to Federal
4 Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice
5 in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: October 2, 2013                             MOORE LAW FIRM, P.C.

                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorney for Plaintiff
                                                  Robert Kalani

Date: October 1, 2013                             LAW OFFICES OF ROBERT C. LORBEER

                                                  /s/ Robert C. Lorbeer
                                                  Robert C. Lorbeer, Attorney for
                                                  Defendants Mother Lode Real Investors,
                                                  a California General Partnership, and
                                                  Stan Lukowicz

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

Dated:  October 2, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\kalani0304.stip.dwp.doc