Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOTHER LODE INVESTORS, A GENERAL PARTNERSHIP, STAN LUKOWICZ, BARBARA WIERSCHEN dba WIERSCHEN'S TRAIN TOWN,<br><br>          Defendants. | No.  2:12-cv-00304-DAD<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

1       IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Mother Lode Investors, a General Partnership; and Stan Lukowicz, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 2, 2013          MOORE LAW FIRM, P.C.

                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorney for Plaintiff
                                           Robert Kalani

Date: October 1, 2013          LAW OFFICES OF ROBERT C. LORBEER

                                           /s/ Robert C. Lorbeer
                                           Robert C. Lorbeer, Attorney for
                                           Defendants Mother Lode Real Investors,
                                           a California General Partnership, and
                                           Stan Lukowicz

**ORDER**

      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

Dated: October 2, 2013

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\kalani0304.stip.dwp.doc